# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America, | CRIMINAL ACTION<br>NO. 3:10-CR-338 |
| v. | (JUDGE CAPUTO) |
| Raphael J. Musto, | |
| Defendant. | |

## ORDER

**NOW**, this 29th day of January, 2014, **IT IS HEREBY ORDERED** that Defendant Raphael J. Musto's Motion to Stay the Order Committing Musto to the Custody of the Attorney General (Doc. 155) is **DENIED.**

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge